UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Clifton Pierson,

    Plaintiff,

        v.                                           Case No.   1:20cv435

DRC Director, et al.,                           Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 23, 2022 (Doc. 23).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's R&R (Doc. 23 ) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 23) of the Magistrate Judge is hereby **ADOPTED.**  Consistent with the recommendation by the Magistrate Judge, Defendants' Motion to Dismiss for Lack of Prosecution (Doc. 20) is **GRANTED,** and Plaintiff's Complaint (Doc. 5) is **DISMISSED,** for the reasons stated in the Motion and due to Plaintiff's failure to respond to the Show Cause Orders (Doc. 16 and 22) or to prosecute this matter. In addition, Defendants' Motion for Summary Judgment (Doc. 15)

is **DENIED** as moot.

    **IT IS SO ORDERED.**

           *s/Michael R. Barrett*
           Michael R. Barrett, Judge
           United States District Court